UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                           **Case No:  6:13-cv-100-Orl-36DAB**

**TAMMY J. BURDETTE,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on March 6, 2013 (Doc. 11). In the Report and Recommendation, Magistrate Judge Baker recommends that the Court grant Plaintiff United States of America's ("Plaintiff") Motion for Entry of Default Judgment ("Motion for Default Judgment") (Doc. 10). *See* Doc. 11. Neither party has objected to the Report and Recommendation and the time to do so has expired.

On February 22, 2013, default was entered against Defendant Tammy J. Burdette ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(a). Doc. 9. On February 27, 2013, Plaintiff filed its Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Doc. 10. Defendant did not respond to Plaintiff's Motion for Default Judgment. The Court is in agreement with the Magistrate Judge's calculation of the amount owed by Defendant to the U.S. Department of Education. *See* Doc. 11. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 10) is **GRANTED**. Plaintiff is awarded damages against Defendant in the amount of $5,115.49 in unpaid principal plus interest, together with interest at the rate of 3.420% per annum to the date of the judgment, and $40.00 in taxable costs.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker